AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

RECEIVED
U.S. MARSHALS
BALTIMORE
2011 JUN 29 A 11: 58

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. ELH-11-0358 |
| | ) | |
| AUSTIN ROBERTS, III | ) | |
| | ) | |
| Defendant | ) | |

___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

JAN 16 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## SEALED ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   AUSTIN ROBERTS, III

who is accused of an offense or violation based on the following document filed with the court:

[x] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE AND POSSESS W/INTENT TO DISTRIBUTE COCAINE

Date:   6/29/11

*H. Lee*
By: Deputy Clerk

City and state:   BALTIMORE, MARYLAND

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 6/29/2011, and the person was arrested on *(date)* 1/15/2013
at *(city and state)* BALTIMORE, MD

Date: 1/15/2013

*[signature]*
Arresting officer's signature

BRIAN M. ENOSS SDUSM
Printed name and title